UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNA and BRIAN RUSHING, | |
| Plaintiffs, | |
| v. | Case No. 10-cv-212-JPG |
| UNITED COLLECTIONS BUREAU, | |
| Defendant. | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the notice of dismissal with prejudice (Doc. 8) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed by plaintiffs Jenna and Brian Rushing. Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order at any time before the opposing party serves an answer or a motion for summary judgment. The defendant has not served an answer or motion for summary judgment in this case. Because the plaintiffs have an absolute right to dismiss this case at the present time, the Court finds that this action is **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**
**DATED: June 30, 2010**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**